UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

UNITED STATES OF AMERICA,

   Plaintiff-Respondent,

v.

CRAIG DAVID OVERLA,

   Defendant-Movant.
_____/

Case No. 1:21-cv-930

Honorable Janet T. Neff

## JUDGMENT

In accordance with the opinion and order issued this date:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff-Respondent and against Defendant-Movant in this § 2255 proceeding.


Dated:   July 10, 2024                   /s/ Janet T. Neff
                                                             Janet T. Neff
                                                              United States District Judge